■ In the Matter of NATIONAL SURETY CORPORATION, Re-

spondent, v DE JESUS TORRES, Appellant.—Appeal from a judgment of the Supreme Court, Kings County, dated October 1, 1986.

Ordered that the judgment is affirmed, with costs, for reasons stated in the decision and order (one paper) of Justice Lodato at the Supreme Court. Thompson, J. P., Niehoff, Eiber, Sullivan and Harwood, JJ., concur.